----- Forwarded by August Marziliano/NYED/02/USCOURTS on 06/20/2008 03:57 PM -----



**"Paulette Dube"**
**<Paulette_Dube@RID.USCOURTS.GOV>**

06/20/2008 03:48 PM

To"Sheryl Loesch"
<Sheryl_Loesch@flm(
Sletten"
<Rich_Sletten@mnd.(
<Pat_Brune@mow.us
Sanders"
<Charlie_Sanders@nj
Marziliano"
<August_Marziliano@
Jones" <Mark_Jones@
cc
SubjectMDL 1842 Kugel Mesh
Liability Litigation

**Please forward the following Notice along with the attached transfer order to the appropriate cler! you.**

In re: MDL 1842
Kugel Mesh Hernia Patch Products Liability Litigation

Attached is a certified copy of the conditional transfer order (CTO-21) received from the Multidi Washington, DC. It instructs that the case(s) listed from your district be transferred to our district for coo pretrial proceedings. Schedule CTO-21 Tag Along Actions includes the case number assigned to each ac Rhode Island.

The Honorable Mary M. Lisi will preside over the cases. If you are a 3.0,3.1 or 3.2 court, please your district and transfer them to us through CM/ECF.

Page 2 of 2

If you are not live on 3.0,3.1or 3.2, Judge Lisi directs that the complaint, and any pending motions along with their objections and a certified copy of the docket be transferred to this Court. Please forward the documents in a PDF format attached to an email sent to barbara_barletta@rid.uscourts.gov. Please attach separate PDFs for each document. If this is not possible, please forward printed copies of the requested documents via mail.

Should you have any questions regarding this request, please contact Paulette Dube at 401-752-7222.

Sincerely yours,

/s/ David A. DiMarzio
David A. DiMarzio, Clerk
District of Rhode Island

Paulette Dube
Chief Deputy
401-752-7222

Attachments:

cto 21 6-20-08.pdf