CLOSED

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:08−cv−01913−CPS−MDG

Merrill v. Davol Inc. et al
Assigned to: Senior Judge Charles P. Sifton
Referred to: Magistrate Judge Marilyn D. Go
Cause: 28:1332 Diversity−Personal Injury

Date Filed: 05/09/2008
Date Terminated: 06/20/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Barbara Merrill**

represented by **Stephanie Hatzakos**
Milberg LLP
One Penn Plaza
New York, NY 10119
212−946−9386
Fax: 212−273−4314
Email: shatzakos@milberg.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol Inc.**

**Defendant**

**C.R. Bard Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/09/2008 | 1 | COMPLAINT against Davol Inc., C.R. Bard Inc. $ 350, filed by Barbara Merrill. (Attachments: # 1 Civil Cover Sheet) (Bowens, Priscilla) (Entered: 05/12/2008) |
| 05/09/2008 |  | Summons Issued as to Davol Inc., C.R. Bard Inc.. (Bowens, Priscilla) (Entered: 05/12/2008) |
| 06/06/2008 | 2 | Letter dated 5/30/2008 from Clerk, JPMDL to Chief Judge Mary Lisi, District of Rhode Island furnishing a copy of CTO−21. (Lee, Tiffeny) (Entered: 06/06/2008) |
| 06/12/2008 | 3 | WAIVER OF SERVICE Returned Executed by Davol Inc., C.R. Bard Inc.. Barbara Merrill waiver sent on 5/13/2008, answer due 7/14/2008. (Hatzakos, Stephanie) (Entered: 06/12/2008) |
| 06/20/2008 | 4 | Letter dated June 17, 2008, from Deputy Clerk, JPMDL, the District of Rhode Island furnishing a copy of CTO−21. (Abdallah, Fida) (Entered: 06/20/2008) |
| 06/20/2008 | 5 | Letter June 20, 2008, from the District of Rhode Island to the EDNY enclosing a certified copy of the Order from the Judicial Panel on Multidistrict Litigation transferring this case to the District of Rhode Island and requesting the case file. (Attachments: # 1 certified copy of the Order from the Judicial Panel on Multidistrict Litigation) (Abdallah, Fida) (Entered: 06/20/2008) |

| | | |
|---|---|---|
| 06/20/2008 | Ï | Case transferred to District of Rhode Island via ECF. (Abdallah, Fida) (Entered: 06/20/2008) |